**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HOWARD COHAN,

    Plaintiff,

v.

MGM HOSPITALITY, INC.,

    Defendant.

_____/

Case No. 20-cv-10981

Honorable Nancy G. Edmunds

## JUDGMENT

Plaintiff Howard Cohan filed this action seeking declaratory and injunctive relief under Title III of the Americans with Disabilities Act ("ADA") of 1990, 42 U.S.C. §§ 12181 *et seq.* (ECF No. 1.) On March 22, 2022, the Court granted Defendant MGM Hospitality, Inc.'s Motion for Summary Judgment and found that Plaintiff does not have standing to sue. (ECF No. 27.)

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED.

                          s/Nancy G. Edmunds
                          Nancy G. Edmunds
                          United States District Judge

Dated: March 23, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 23, 2022, by electronic and/or ordinary mail.

                          s/Lisa Bartlett
                          Case Manager