## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HOWARD COHAN,

     Plaintiff,

v.

MGM HOSPITALITY, INC. a
Michigan corporation,

     Defendant.

_____ /

Case No. 2:20-cv-10981

Hon. Nancy G. Edmunds

### <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Plaintiff Howard Cohan appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment dismissing Plaintiff's claims against Defendant MGM Hospitality, Inc., entered in this action on March 23, 2022 [Dkt. No. 27].

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ Angela C. Spears
_____

Angela C. Spears (P82653)
Blackmore Law PLC
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
T: (248) 845-8594
F: (855) 744-4419
E: aspears@blackmore.law
*Counsel for Plaintiff*

Dated: April 22, 2022

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will serve each attorney or party of record who are ECF participants.

/s/ *Angela C. Spears*_____

Angela C. Spears