# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 24, 2022

Mr. Christian Charles Huffman
Garan Lucow Miller
1155 Brewery Park Boulevard
Suite 200
Detroit, MI 48207

Ms. Angela Corinne Spears
Blackmore Law
21411 Civic Center Drive
Suite 200
Southfield, MI 48076

Re: Case No. 22-1352, *Howard Cohan v. MGM Hospitality, Incorporated*
Originating Case No. : 2:20-cv-10981

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1352

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

HOWARD COHAN

    Plaintiff - Appellant

v.

MGM HOSPITALITY, INCORPORATED

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 24, 2022